**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Paul Rondeau

     v.                              Civil No. 12-fp-498

David Dionne, Superintendent,
Hillsborough County Department
of Corrections

## O R D E R

Before the Court is plaintiff's request for a preliminary
injunction (doc. no. 1), which has been docketed as the complaint
in this matter.  In accordance with 28 U.S.C. § 636(b)(1)(B),
Magistrate Judge Landya McCafferty is designated to review and
consider the request for preliminary injunctive relief and, if
necessary, conduct a hearing on the matter.  In accordance with
subparagraph (C), the Magistrate Judge shall file her proposed
findings and recommendations under subparagraph (B) with the Court,
and a copy shall forthwith be mailed to all parties.

    **SO ORDERED.**

                                   _____
                                   Joseph N. Laplante
                                   United States District Judge

Date:     December 18, 2012

cc:       Paul Rondeau, pro se